UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Monty Jones,

        Plaintiff,

v.                                                                         Civil No. 14-2076 (JNE/FLN)
                                                                       ORDER
YWCA,

        Defendant.

This matter is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on September 4, 2014. No objection to the Report and Recommendation has been made. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 6].

Therefore, IT IS ORDERED THAT:

1.     Plaintiff Monty Jones's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

2.     The complaint [Docket No. 1] is SUMMARILY DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET THE JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 23, 2014

                                                                         s/Joan N. Ericksen
                                                                         JOAN N. ERICKSEN
                                                                         United States District Judge